IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

RICHARD SIMMONS,

    Plaintiff,

vs.                                          CIVIL ACTION NO.: CV213-094

KENDALL L. SHAW; FNU LINDSEY;
FNU BEVERLY; R. MYERS; and
NUK, Case Manager,

    Defendants.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Plaintiff filed Objections. Plaintiff states that his Complaint should not be dismissed pursuant to Rule 8 because all that is required of him is to make a short, narrative scope of his allegations in his complaint. Plaintiff overlooks, however, that the Magistrate Judge recommended that Plaintiff's claims against Officer Lindsey, Mr. Beverly, R. Myers, and an unknown case manager be dismissed because Plaintiff had failed to make <u>any</u> factual allegations against these named Defendants. Plaintiff seeks to correct his failure to set forth any factual allegations against these named Defendants by filing an amendment to his Complaint. (Doc. No. 15-1). The undersigned reviewed Plaintiff's amendment, but the assertions Plaintiff sets forth in this amendment suffer from the same infirmity as his original Complaint. Plaintiff details events which allegedly

AO 72A
(Rev. 8/82)

occurred in October 2010, and the statute of limitations applicable to this cause of action expired well before Plaintiff filed this cause of action.

Plaintiff alleges that he exhausted his administrative remedies, and he submitted copies of his administrative remedies request and appeals. Even if Plaintiff exhausted his administrative remedies prior to the filing of this cause of action, he failed to do so properly, *i.e.*, in accordance with the Bureau of Prisons' requirements, as the Magistrate Judge noted. Additionally, Plaintiff contends that he is not required to exhaust his administrative remedies based on the United States Supreme Court's ruling in United States v. Cissaro. Plaintiff fails to provide the Court with a citation for this case, and the undersigned was unable to uncover this case. Moreover, the undersigned is not aware of any binding precedent holding that the Prison Litigation Reform Act does not require the exhaustion of administrative remedies prior to the filing this cause of action.

Plaintiff's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED** based on his failure to state a claim upon which relief may be granted. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 11 day of August, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)